IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PEARLIE A. GRAHAM                                                                                          PLAINTIFF

VS.                                                               CIVIL ACTION NO. 3:05cv621-HTW-JCS

MISSISSIPPI BAPTIST MEDICAL
CENTER, et al.                                                                                          DEFENDANTS

## **ORDER OF DISMISSAL**

On May 8, 2006, this court entered a show cause order requiring a response from Plaintiff by May 31, 2006. Plaintiff has failed to respond to the show cause order.

Accordingly, it is hereby ordered that this action is dismissed for failure to prosecute.

SO ORDERED AND ADJUDGED, this the 18th day of September, 2006.


                                              s/ HENRY T. WINGATE
                                              CHIEF UNITED STATES DISTRICT JUDGE